# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| Young Americans for Liberty at University of Massachusetts, Amherst; and Nicholas Consolini, <br><br> Plaintiffs, <br><br> v. <br><br> Robert J. Manning, R. Norman Peters, James R. Buonomo, Mary L. Burns, Derek J. Dunlea, Robert Epstein, David G. Fubini, Maria D. Furman, Stephen R. Karam, Gray R. Milkowski Michael V. O'Brien, Kerri E. Osterhaus-Houle, Imari K. Paris Jeffries, James A. Peyser, Malinda E. Reed, Samantha E. Reid, Elizabeth D. Scheibel, Henry M. Thomas III, Steven A. Tolman, Victor Woolridge, Charles F. Wu, and Camilla D. Yu, each in their individual capacity and in their official capacities as members of the Board of Trustees of the University of Massachusetts; Marty Meehan, individually and in his official capacity as President of the University of Massachusetts; Kumble R. Subbaswamy, individually and in his official capacity as Chancellor, University of Massachusetts Amherst; and Enku Gelaye, individually and in her official capacity as Vice Chancellor for Student Affairs and Campus Life, University of Massachusetts Amherst, <br><br> Defendants. | Case No. 3:18-cv-30003 <br><br> **Corporate Disclosure/ Statement of Interest** |

As required by FRCP 7.1 Plaintiffs in this case provide the following information to the court:

The plaintiffs do not have a parent corporation and do not issue stock.

Respectfully submitted this 8th day of January, 2018:

/s/ Andrew D. Beckwith
Andrew D. Beckwith (MA BBO 657747)
MASSACHUSETTS FAMILY INSTITUTE
400 TradeCenter Suite 1950
Woburn, Massachusetts 01801
Tel: (781) 569-0400
andrew@mafamily.org

J. Caleb Dalton*
M. Casey Mattox*
ALLIANCE DEFENDING FREEDOM
440 1st St NW
Suite 600
Washington, DC 20001
Tel.:  202-393-8690
Fax:  202-347-3622
cdalton@ADFlegal.org
cmattox@ADFlegal.org

*Pro hac vice application to follow*

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

Dated this 8th day of January, 2018, by:

        *s/Andrew D. Beckwith*
        Andrew D. Beckwith
        (MA BBO 657747)
        MASSACHUSETTS FAMILY INSTITUTE
        400 TradeCenter Suite 1950
        Woburn, Massachusetts 01801
        Telephone: (781) 569-0400
        Email:  andrew@mafamily.org