# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| | | |
|---|---|---|
| YOUNG AMERICANS FOR LIBERTY AT UNIVERSITY OF MASSACHUSETTS, AMHERST; and NICHOLAS CONSOLINI, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Case No. 3:18-cv-30003 |
| ROBERT J. MANNING, R. NORMAN PETERS, JAMES R. BUONOMO, MARY L. BURNS, DEREK J. DUNLEA, ROBERT EPSTEIN, DAVID G. FUBINI, MARIA D. FURMAN, STEPHEN R. KARAM, GRAY R. MILKOWSKI, MICHAEL V. O'BRIEN, KERRI E. OSTERHAUS-HOULE, IMARI K. PARIS JEFFRIES, JAMES A. PEYSER, MALINDA E. REED, SAMANTHA E. REID, ELIZABETH D. SCHEIBEL, HENRY M. THOMAS III, STEVEN A. TOLMAN, VICTOR WOOLRIDGE, CHARLES F. WU, and CAMILLA D. YU, each in their individual capacity and in their official capacities as members of the Board of Trustees of the University of Massachusetts; MARTY MEEHAN, individually and in his official capacity as Chancellor, University of Massachusetts, Amherst; and ENKU GELAYE, individually and in her official capacity as Vice Chancellor for Student Affairs and Campus Life, University of Massachusetts, Amherst, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MOTION TO WITHDRAW AS COUNSEL** |
| *Defendants.* | ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for the Plaintiffs, Michael Casey Mattox, hereby respectfully requests that he be permitted to withdraw as attorney for Plaintiffs in the above-captioned matter. Mr. Mattox will be leaving the employment of his firm on January 23, 2018, and will no longer be involved in this case. Plaintiffs will continue to be represented by the other attorneys listed below. Also, there are no pending trial dates or hearings in this case. Therefore, Mr. Mattox respectfully asks that the court grant this request to withdraw.

Respectfully submitted this 23rd day of January, 2018.

COUNSEL,

*s/M. Casey Mattox*
M. Casey Mattox*
J. Caleb Dalton*
ALLIANCE DEFENDING FREEDOM
440 1st St NW
Suite 600
Washington, DC 20001
Tel.: 202-393-8690
Fax.: 202-347-3622
cmattox@ADFlegal.org
cdalton@ADFlegal.org

Andrew D. Beckwith
(MA BBO 657747)
MASSACHUSETTS FAMILY INSTITUTE
400 TradeCenter Suite 1950
Woburn, Massachusetts 01801
Telephone: (781) 569-0400
Email:  andrew@mafamily.org

*Admitted Pro Hac Vice*

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 23rd, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.


Dated this 23rd day of January, 2018, by:


*s/M. Casey Mattox*
M. Casey Mattox