IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY AT UNIVERSITY OF MASSACHUSETTS, AMHERST; and NICHOLAS CONSOLINI, <br><br>*Plaintiffs,* <br>v. <br><br>ROBERT J. MANNING, R. NORMAN PETERS, JAMES R. BUONOMO, MARY L. BURNS, DEREK J. DUNLEA, ROBERT EPSTEIN, DAVID G. FUBINI, MARIA D. FURMAN, STEPHEN R. KARAM, GRAY R. MILKOWSKI, MICHAEL V. O'BRIEN, KERRI E. OSTERHAUS-HOULE, IMARI K. PARIS JEFFRIES, JAMES A. PEYSER, MALINDA E. REED, SAMANTHA E. REID, ELIZABETH D. SCHEIBEL, HENRY M. THOMAS III, STEVEN A. TOLMAN, VICTOR WOOLRIDGE, CHARLES F. WU, and CAMILLA D. YU, each in their individual capacity and in their official capacities as members of the Board of Trustees of the University of Massachusetts; MARTY MEEHAN, individually and in his official capacity as Chancellor, University of Massachusetts, Amherst; and ENKU GELAYE, individually and in her official capacity as Vice Chancellor for Student Affairs and Campus Life, University of Massachusetts, Amherst, <br><br>*Defendants.* | Case No. 3:18-cv-30003 <br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Young Americans for Liberty at University of Massachusetts, Amherst and Nicholas Consolini hereby give notice that this action is voluntarily dismissed without prejudice.

1

Respectfully submitted this 25th day of June, 2018.

                      COUNSEL,

                      */s/ J. Caleb Dalton*
                      J. Caleb Dalton (*pro hac vice*)
                      ALLIANCE DEFENDING FREEDOM
                      440 First Street NW, Suite 600
                      Washington, D.C. 20001
                      Tel.: 202-393-8690
                      Fax: 202-347-3622
                      cdalton@ADFlegal.org

                      Andrew D. Beckwith
                      (MA BBO 657747)
                      MASSACHUSETTS FAMILY INSTITUTE
                      400 TradeCenter Suite 1950
                      Woburn, Massachusetts 01801
                      Telephone: (781) 569-0400
                      Email:  andrew@mafamily.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

Dated this 25th day of June, 2018, by:

*/s/ J. Caleb Dalton*
J. Caleb Dalton